**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS, | Case No. 2:19-cv-05237-DDP-MAA |
| Petitioner, | |
| v. | **JUDGMENT** |
| S. MARSH, Associate Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed with prejudice.

DATED: September 1, 2020

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE